District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FAIHAA SULIMAN ADAM ABDELFADEEL,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                    Defendants. | Case No. 3:24-cv-05545-BHS<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>March 19, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff Faihaa Suliman Adam Abdelfadeel has been issued asylum nunc pro tunc and a lawful permanent resident card and this case is now moot.

//

//

//

//

//

DATED on this 19th day of March, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

 *s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email:   michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 51 words, in compliance with the Local Civil Rules.***

*s/ Jay Gairson*
JAY GAIRSON, WSBA No. 43365
Gairson Law, LLC
4606 Martin Luther King Jr., Way S.
Seattle, Washington 98108
Phone: 206-357-4218
Email:   jay@gairson.com
*Attorneys for Plaintiffs*

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 31st day of March, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 3:24-cv-05545-BHS] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800